## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ALDEN HILL**  **PLAINTIFF**
**#2870279**

**v.**  **Case No. 4:26-cv-00405-LPR**

**DOES, et al.**  **DEFENDANTS**

### ORDER

Plaintiff Alden Hill filed a *pro se* Complaint on April 23, 2026, while in custody at the Faulkner County Detention Center.[1]  On May 1, 2026, mail sent to Plaintiff at his last-known address was returned to the Court as undeliverable and marked "no longer here."[2]  On May 5, 2026, the Court entered an Order directing Plaintiff to provide the Court a valid mailing address within thirty days.[3]  The Court warned Plaintiff that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[4]

Plaintiff has not complied with, or otherwise responded to, the Court's May 5, 2026 Order, and the time for doing so has expired.[5]  Plaintiff's Complaint (Doc. 2) is therefore DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 12th day of June 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2).

[2] *See* Doc. 4.

[3] Order (Doc. 5).

[4] *Id*.

[5] Mail sent by the Court to Plaintiff at his address of record continues to be returned as undeliverable.  *See* Docs. 6, 7.